| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Toyota Motor Credit Corporation | Order Filed on September 14, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Arnone, Maria<br><br>    Arnone, Richard | Case No:   17-13317 RG<br><br>Hearing Date: September 12, 2017<br><br>Judge:  Rosemary Gambardella |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 14, 2017**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:


■    Personal Property More Fully Describes as:

**2012 TOYOTA HIGHLANDER ,VIN: 5TDBK3EH5CS174764,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-13317-RG
Richard Arnone                                                        Chapter 7
Maria Arnone
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin            Page 1 of 1           Date Rcvd: Sep 15, 2017
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2017.
db/jdb         +Richard Arnone,   Maria Arnone,   5 Charles St.,   Lodi, NJ 07644-1503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   TOYOTA MOTOR CREDIT CORPORATION
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Eric R. Perkins    eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
           gdelmonaco@mdmc-law.com
          Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,   slahr@mdmc-law.com,
           nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
          Jeremias E Batista    on behalf of Debtor Richard  Arnone jeremiasbatista@gmail.com,
           G26967@notify.cincompass.com
          Jeremias E Batista    on behalf of Joint Debtor Maria  Arnone jeremiasbatista@gmail.com,
           G26967@notify.cincompass.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6